UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BINAFROU SIMPARA,<br><br>                                    Plaintiff,<br><br>-against-<br><br>NY DA (DISTRICT ATTORNEY); BROOKLYN NORTH NYPD; JACOBI MEDICAL CENTER (BRONX, NY); MOUNT SINAI (NYC); MONTEFIORE HOSPITAL,<br><br>                                    Defendants. | 24-cv-8095 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 20, 2025, order, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 13, 2025
            New York, New York

                                                         /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                         Chief United States District Judge